UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>                              Plaintiff,<br><br>    -against-<br><br>JAQUELINE SANDS,<br><br>                             Defendant. | 25cv686 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 4, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 6, 2025
             New York, New York

                                                             /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                   Chief United States District Judge